UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD L. TRUEX, D.D.S.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Misc. No. 05-0439  (ESH) |
| : | |
| **ALLSTATE INSURANCE COMPANY and** : | |
| **DOES 1-50, Inclusive,** : | |
| : | |
| **Defendants.** : | |
| : | |

### ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge John Facciola for determination of Plaintiff Donald L. Truex' Notice of Motion and Motion to Compel Deposition of FEMA Personnel.  On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge John Facciola following the case number in the caption.

**SO ORDERED.**

                                                        s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

Date:  November 23, 2005

cc:  Magistrate Judge John Facciola