UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD L. TRUEX, D.D.S.,

      **Plaintiff,**

v.

                                          Misc No. 05-00439 (ESH/JMF)

ALLSTATE INSURANCE CO.,

      **Defendant**

## ORDER

It appearing that Holly C. Blackwell is not a member of the bar of this Court, **IT IS ORDERED** that all proceedings in this matter are stayed pending her compliance with Local Rule 83.2(c)(1).

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: