UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DONALD L. TRUEX,**

    **Plaintiff,**

  v.                                           **05-mc-00439(ESH/JMF)**

**ALLSTATE INSURANCE COMPANY,**

    **Defendant**

**ORDER**

By my order of December 2, 2005, I stayed this action until plaintiff's counsel complied with Local Rule 83.2(c)(1). Plaintiff's counsel has apparently made no effort to do so and I am reluctant to stay this matter indefinitely. **THEREFORE, IT IS ORDERED** that plaintiff comply with that rule by January 6, 2006 or this case will be dismissed.

                                                                                 _____
                                                                                  JOHN M. FACCIOLA
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: