UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD L. TRUEX, D.D.S.,**<br><br>Plaintiff,<br><br>v.<br><br>**ALLSTATE INSURANCE CO.,**<br><br>Defendant. | Misc No. 05-00439 (ESH/JMF) |

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that Donald L. Truex' Renewed Notice of Motion and Motion to Compel Deposition of FEMA Personnel [#9] is **DENIED** and it is **FURTHER ORDERED** that the Federal Emergency Management Administration's Cross-Motion to Quash Subpoena [#7] is **GRANTED**.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: