UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD L. TRUEX, D.D.S.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Misc. No. 05-0439 (ESH) |
| : | |
| **ALLSTATE INSURANCE COMPANY and** : | |
| **DOES 1-50, Inclusive,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORTS AND RECOMMENDATIONS**

Pursuant to Local Civil Rule 72.3, this Court referred this matter to Magistrate Judge John M. Facciola for report and recommendation. Magistrate Judge Facciola issued a report and recommendation on January 10, 2006.

Under Local Civil Rule 72.3(b), parties may file objections within ten days of service of a magistrate judge's report. A party's failure to file an objection within that ten days may waive appellate review of a District Court order adopting the report and recommendation. *See* LCvR 72.3(b).

In this case, the Court concurs with the recommendations contained in the magistrate judge's report. Since no party has filed any objections within the prescribed ten-day period, it is this 26th day of January, 2006, hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED IN FULL**; it is further

**ORDERED** that Plaintiff's Renewed Motion to Compel Deposition [# 9] is **DENIED.**

**SO ORDERED**.

                                             s/
                            ELLEN SEGAL HUVELLE
                            United States District Judge

cc:  Magistrate John M. Facciola